**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. | ) | |
| DILLON GREENO, et al., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 25-00865-CV-W-BP |
| CERNER CORP., d/b/a Oracle Health, et al., | ) | |
| Defendants. | ) | |

## CLERK'S ORDER OF DISMISSAL

On the 29th day of January, a Notice of Voluntary Dismissal of Plaintiff Marlene King, was filed in Case Number 25-0259.

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on February 5, 2026, (Doc. 197), Marlene King's claims are dismissed without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: February 5, 2026